UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

THOMAS GESUALDI, LOUIS BISIGNANO,  \*
ANTHONY PIROZZI, DOMINICK MARROCCO, \*
ANTHONY D'AQUILA,  FRANK FINKEL,  \*
JOSEPH FERRARA, SR., MARC HERBST,  \*
THOMAS PIALI, and DENISE RICHARDSON,  \*
as Trustees and Fiduciaries of the Local 282  \*
Welfare, Pension, Annuity, Job Training, and  \*
Vacation and Sick Leave Trust Funds,  \*

                         \*                08-CV-5181(LDW)(WDW)

               Plaintiffs,  \*

                           \*

      -against -  \*

                           \*

V.N.A. UTILITY CONTRACTING CO., INC.  \*

                           \*

           Defendant.  \*

-------------------------------------------------------------x

<u>NOTICE OF DISMISSAL</u>

        Pursuant to Rule 41(a)(2), the Trustees of the Local 282 Trust Funds hereby

dismiss this action with prejudice as to Defendant V.N.A. Utility Contracting Co., Inc.

Dated: October 27, 2010
        New York, New York

                                  FRIEDMAN & WOLF

                       By: _____
                                  William Anspach (WA-7233)
                                  1500 Broadway, Suite 2300
                                  New York, New York 10036
                                  (212) 354-4500

                                  Attorneys for Plaintiffs

SO ORDERED.

Dated: Central Islip, New York
        _____, 2010

_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE